UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2016 APR 28 PM 3:58

SIGN _LLH_
BY DEPUTY CLERK

Michael A. Kerr

name of plaintiff(s)

versus

CIVIL ACTION

NO. _____ )

VIP INTERNATIONAL

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   TITLE VII, THE AMERICANS WITH DISABILITIES ACT, THE AGE DISCRIMINATION IN EMPLOYMENT ACT

2. Plaintiff, Michael A. Kerr resides at

   13631 Darlyn Drive , Baton Rouge ,
   street address                      city

   East Baton Rouge , LA. , 70816 , 225-252-5309
   parish              state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, VIP INTERNATIONAL lives at, or its business is located at 6338 Peeve Lane ,
   street address

   Baton Rouge , East Baton Rouge , LA. ,
   city            parish              state

   70817 , 225-753-8575 .
   zip code  telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

> WRONGFULL employment TERMINATED 1/2012 PATTERN OF AGE DISCRIMINATION FROM Russell Kimble, HARRASSMENT AND RETALIATION, LOSS OF EARNINGS AND YOUNGER WORKERS PROMOTED TO HIGHER POSITIONS OVER ME. FALSE REPORTS AND ACCUSATIONS WITH KNOWLEDGE OF MTE.

5. Prayers for Relief (list what you want the Court to do):

a. The PETITION BE SERVED AND ANSWERED BY DEFENDANT

b. A JUDGEMENT RENDERED IN MY FAVOR FOR $2,900,000.00

c. REASONABLE ATTORNEY FEES AND COURT COSTS.

d. A TRIAL BY JURY AND GENERAL RELIEF AND ALLOWED TO AMEND AND SUPPLEMENT THE PETITION.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __28th__ day of __April__, 20__16__

_Michael A. Kerr_

(signature of plaintiff (s))

## STATEMENT OF CLAIM

I BELIEVE THAT I HAVE BEEN DISCRIMINATED AGAINST while in the employment, AND AFTER By employees of THE DEFENDANT. DiscRiminATion in THE workplace FoR 5 years, BEFORE my employment ENDED, has TAKEN place. The last 8 months of my employment, Russell Kimble increased THE ACTS AND with Knowledge of The management, DID inDEED CREATE A Hostile work environment. RETaliatory ACTions occurred when Human RelATions AND The SAFETY DirecTor was notified numerous Times of THESE ACTions.

I WAS AN older worker with health issues ThAT The company Knew. For The last 3 years of my employment, every yearly Benefits meeting iT was mentioned That Health CARE insurance premiums ROSE BASED on 10% of work FoRce making claims AND using Health Benefits. That this "10%" was The workers with health issues AND mostly The oldER workers.

I WAS not promoted To positions, instead workers younger, AND not As Qualified or with The company For As long As myself, were PRomoted.

4/28/2016   Michael A. Kerr   13631 DARilyn DR.
BATON ROUGE, LA. 70816
225-252-5509